IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SCIENCE IN SPORT, INC.<br><br>　　　　　　Defendant. | Case No.  3:21-cv-378 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.　　Whereas Plaintiff Eric Foreman filed the above-referenced case against Defendant Science in Sport, Inc., on April 12, 2021.

2.　　Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.　　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: September 9, 2021　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243


　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Eric Foreman*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 9th day of September, 2021.

                                                               */s/ Benjamin J. Sweet*
                                                                 Benjamin J. Sweet